UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY JUNE NOVAK,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>MERCED POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants | CASE NO. 1:13-CV-1402 AWI BAM<br><br>ORDER VACATING HEARING |

　　Five of the named Defendants haves filed a motion to dismiss that is set for hearing on November 25, 2013. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 25, 2013, is VACATED, and the parties shall not appear at that time. As of November 25, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 19, 2013                    _____
　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE