|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| NANCY JUNE NOVAK,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MERCED, A MUNICIPAL CORPORATION, MERCED POLICE OFFICER RASMUSSEN (#161), INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE CITY OF MERCED, SGT. STRUBLE (ID #UNKNOWN), INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE SERGEANT FOR THE CITY OF MERCED, OFFICER CHAVEZ (#156), INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICY OFFICER FOR THE CITY OF MERCED, THE MENTOR NETWORK, LOYD'S LIBERTY HOMES, INC., A MASSACHUSETTS CORPORATION DOING BUSINESS IN CALIFORNIA, CHRISTINA TRIGG, AN INDIVIDUAL, JOELLA BREWER, AN INDIVIDUAL, MEREDIAN CARE, LLC, A CALIFORNIA LIMITED LIABILITY CORPORATION, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 1:13-CV-01402-AWI (BAM)<br><br>**ORDER RE: STIPULATION TO EXTEND TIME FOR DEFENDANTS THE MENTOR NETWORK, LOYD'S LIBERTY HOMES, INC, CARE MERIDIAN, LLC, CHRISTINA TRIGG, AND JOELLA BREWER TO RESPOND TO THE FIRST AMENDED COMPLAINT TO APRIL 18, 2014**<br><br>*Complaint Filed 8/30/13* |

1

This Court, having reviewed the parties' stipulation to extend the time for Defendants The Mentor Network, Loyd's Liberty Homes, Inc., Care Meridian, LLC, Christina Trigg, and Joella Brewer to respond to Plaintiff's First Amended Complaint, HEREBY ORDERS that the above-referenced Defendants shall have until April 18, 2014 to respond to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated: **April 11, 2014**           /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE