1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NANCY JUNE NOVAK,

          Plaintiff,

   v.

MERCED POLICE DEPARTMENT, *et al.*,

          Defendants.

_____/

Case No. 1: 13-cv-01402-AWI-BAM

**ORDER GRANTING ATTORNEY WYATT J. HOLTSCLAW'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR  MENTOR NETWORK, LOYD'S LIBERTY HOMES, INC., CHRISTINA TRIGG, JOELLA BREWER, AND MERIDIAN CARE, LLC**

      Currently before the Court is the Motion of Attorney Wyatt J. Holtsclaw, attorney of record for Defendants Mentor Network, Loyd's Liberty Homes, Inc., Christina Trigg, Joella Brewer, and Meridian Care, LLC, to withdraw as attorney of record.  (Doc. 24.)  No party has opposed the motion.

      Counsel Holtsclaw recently resigned from his position with the law firm of record for the above-referenced Defendants, the Smith Law Offices.  Defendants continue to be represented by the Smith Law Offices, as well as attorneys of record Doug Smith and Nathan Perea.  *Id.* Accordingly, there is no prejudice to these Defendants in permitting Counsel Holtsclaw to withdraw from representation because there will be no gap in legal representation.

1

1

2

3       Based on the foregoing, Counsel Wyatt J. Holtsclaw's Motion to Withdraw as attorney of
record is GRANTED.

4   IT IS SO ORDERED.

5

6       Dated:    **April 17, 2014**                    /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2