1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| NANCY JUNE NOVAK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF MERCED, A MUNICIPAL CORPORATION, MERCED POLICE OFFICER RASMUSSEN (#161), INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE CITY OF MERCED, SGT. STRUBLE (ID #UNKNOWN), INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE SERGEANT FOR THE CITY OF MERCED, OFFICER CHAVEZ (#156), INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICY OFFICER FOR THE CITY OF MERCED, THE MENTOR NETWORK, LOYD'S LIBERTY HOMES, INC., A MASSATUCHETS CORPORATION DOING BUSINESS IN CALIFORNIA, CHRISTINA TRIGG, AN INDIVIDUAL, JOELLA BREWER, AN INDIVIDUAL, CARE MERIDIAN CORPORATION, AND DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.:   1:13-CV-01402- BAM<br><br>Action Filed: Aug. 30, 2013<br><br>**AMENDED SCHEDULING ORDER**<br><br>**ORDER ADOPTING THE PARTIES' STIPULATION (DOC. 38) IN PART** |

　　Plaintiff, NANCY JUNE NOVAK, by and through her attorney of record,

Timothy V. Magill, Esq. of Magill Law Offices in Fresno, California, and Defendants, THE MENTOR NETWORK, LOYD'S LIBERTY HOMES, CHRISTINA TRIGG, and JOELLA BREWER, by and through their attorney for record, Douglas C. Smith, Esq. of Riverside, California, and Defendants, MERCED POLICE DEPARTMENT, OFFICER RASMUSSEN, SGT. STRUBLE, and OFFICER CHAVEZ, by and through their attorney of record, Dale Long Allen, Jr., Esq. of San Francisco, California, hereby Stipulate and agree to extend the Briefing Schedule filed May 8, 2014, by sixty (60) days, as listed below:

|  | *Current* | *New* |
|---|---|---|
| Expert Disclosure | Feb. 2, 2015 | April 2, 2015 |
| Supp. Expert Disclosure | Feb. 23, 2015 | April 23, 2015 |
| Non-Expert Discovery Cut-off | Feb. 27, 2015 | April 27, 2015 |
| Expert Discovery Cut-off | March 15, 2015 | May 15, 2015 |
| Non-dispositive Filing Deadline | March 30, 2015 | May 30, 2015 |
| Pre-trial Motion Filing Deadline | May 18, 2015 | July 18, 2015 |

DATED:  February 3, 2015.          MAGILL LAW OFFICES

By:      */s/ Timothy V. Magill*_____
         Timothy V. Magill, Esq.
         Attorney for Plaintiff,
         NANCY JUNE NOVAK

DATED: February 3, 2015.          SMITH LAW OFFICES


                                  By:      */s/ Douglas C. Smith*
                                  Douglas Charles Smith, Esq.
                                  Attorney for Defendants,
                                  THE MENTOR NEWTWORK,
                                  LOYD'S LIBERTY HOMES,
                                  CHRISTINA TRIGG
                                  and JOELLA BREWER


DATED: February 3, 2015.          ALLEN, GLAESSNER, HAZELWOOD,
                                  WERTH


                                  By:      */s/ Dale L. Allen, Jr.*
                                  Dale Long Allen, Jr., Esq.
                                  Attorney for Defendants,
                                  MERCED POLICE DEPARTMENT,
                                  OFFICER RASMUSSEN, SGT.
                                  STRUBLE, and OFFICER CHAVEZ


**ORDER**

The parties' stipulation filed on February 3, 2015 (Doc. 38) outlined above is adopted by the Court IN PART. The new deadlines are outlined as follows:

| | |
|---|---|
| Expert Disclosure | April 2, 2015 |
| Supp. Expert Disclosure | April 23, 2015 |
| Non-Expert Discovery Cut-off | April 27, 2015 |
| Expert Discovery Cut-off | May 15, 2015 |
| Pre-trial Motion Filing Deadline | June 15, 2015 |

The parties are advised that at this stage of the proceedings extension of the non-dispositive motion deadline as proposed is unnecessary.  Non-expert and expert discovery deadlines have been extended and the associated motions to compel are tied to these deadlines.  Compliance with these non-expert and expert discovery deadlines requires motions to compel be filed and heard sufficiently in advance of the cutoff so that the Court may grant effective relief within the allotted discovery time.  A party's failure to have a discovery dispute heard sufficiently in advance of the discovery cutoff may result in denial of the motion as untimely.

Additionally, all other pre-trial motions must be filed no later than **June 15, 2015**, so that the Court has sufficient time to rule on the motions prior to the pretrial conference August 26, 2015.

All of other orders contained in this Court's scheduling order issued on May 8, 2014 (Doc. 36) remain in full force and effect.

IT IS SO ORDERED.


Dated:    **February 4, 2015**                    /s/ Barbara A. McAuliffe
                                                   UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28