1  Douglas C. Smith, Esq. (State Bar No. 160013)
   dsmith@smitlaw.com
2  Nathan A. Perea, Esq. (State Bar No. 235791)
   nperea@smitlaw.com
3  SMITH LAW OFFICES, APC
   4204 Riverwalk Parkway, Suite 250
4  Riverside, California 92505
   Telephone: (951) 509-1355
5  Facsimile: (951) 509-1356

6  Attorneys for Defendants, THE MENTOR NETWORK, LOYD'S LIBERTY
   HOMES, INC.,CAREMERIDIAN, LLC (erroneously sued as Meridian Care,
7  LLC), CHRISTINA TRIGG, and JOELLA BREWER

8

                        UNITED STATES DISTRICT COURT
9
          FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION
10

11  NANCY JUNE NOVAK,                    )   CASE NO.: 1:13-CV-1402-BAM
                                         )   [Assigned to Hon. Barbara A.
12              Plaintiff,               )   McAuliffe]
                                         )
13        vs.                            )   **ORDER RE: STIPULATION
                                         )   AND REQUEST TO
14  CITY OF MERCED, A MUNICIPAL          )   MODIFY/AMEND THE
    CORPORATION, MERCED POLICE           )   FEBRUARY 4, 2015 AMENDED
15  OFFICER RASMUSSEN (#161),            )   SCHEDULING ORDER TO
    INDIVIDUALLY AND IN HIS              )   CONTINUE THE TRIAL
16  OFFICIAL CAPACITY AS A POLICE        )   DATE, DISCOVERY, AND
    OFFICER FOR THE CITY OF              )   RELATED DEADLINES**
17  MERCED, SGT. STRUBLE (ID             )
    #UNKNOWN), INDIVIDUALLY AND          )
18  IN HIS OFFICIAL CAPACITY AS A        )
    POLICE SERGEANT FOR THE CITY         )
19  OF MERCED, OFFICER CHAVEZ            )
    (#156), INDIVIDUALLY AND IN HIS      )
20  OFFICIAL CAPACITY AS A POLICY        )
    OFFICER FOR THE CITY OF              )
21  MERCED, THE MENTOR NETWORK,          )
    LOYD'S LIBERTY HOMES, INC., A        )
22  MASSACHUSETTS CORPORATION            )
    DOING BUSINESS IN CALIFORNIA,        )
23  CHRISTINA TRIGG, AN                  )
    INDIVIDUAL, JOELLA BREWER, AN        )
24  INDIVIDUAL, MEREDIAN CARE,           )
    LLC, A CALIFORNIA LIMITED            )   *Complaint Filed 8/30/13*
25  LIABILITY CORPORATION, and           )
    DOES 1-50, inclusive,                )
26                                       )
                Defendants.              )
27

28        THE COURT, following a review of the **JOINT STIPULATION AND REQUEST TO**

1   **MODIFY/AMEND THE FEBRUARY 4, 2015 AMENDED SCHEDULING ORDER**

2   submitted by Plaintiff, NANCY JUNE NOVAK, by and through her attorney of record, Timothy

3   V. Magill, Esq. of Magill Law Offices, and Defendants, THE MENTOR NETWORK, LOYD'S

4   LIBERTY HOMES, CHRISTINA TRIGG, and JOELLA BREWER, by and through their

5   attorney for record, Douglas C. Smith, Esq., and Defendants, CITY OF MERCED, OFFICER

6   RASMUSSEN, SGT. STRUBLE, and OFFICER CHAVEZ, by and through their attorney of

7   record, Dale Long Allen, Jr., Esq., and having found good cause shown, hereby orders as follows:

8

9 

| **Event** | **Old** | **New** |
|---|---|---|
| Discovery Cut-off | April 27, 2015 | September 29, 2015 |
| Expert Discovery Cut-off | May 15, 2015 | October 16, 2015 |
| Pre-trial/MSJ Mot. Filing Deadline | June 15, 2015 | November 2, 2015 |
| Pre-trial Conference | August 26, 2015 | January 27, 2016 at 8:30am |
| Jury Trial | October 27, 2015 | March 29, 2016 8:30am |

IT IS SO ORDERED.

Dated:   **May 12, 2015**          /s/ Barbara A. McAuliffe
                                                     UNITED STATES MAGISTRATE JUDGE