1  Douglas C. Smith, Esq. (State Bar No. 160013)
   dsmith@smitlaw.com
2  Nathan A. Perea, Esq. (State Bar No. 235791)
   nperea@smitlaw.com
3  SMITH LAW OFFICES, LLP
   4204 Riverwalk Parkway, Suite 250
4  Riverside, California 92505
   Telephone: (951) 509-1355
5  Facsimile: (951) 509-1356

6  Attorneys for Defendants
   THE MENTOR NETWORK, LOYD'S LIBERTY HOMES,
7  INC., CAREMERIDIAN, LLC (erroneously sued as Meridian Care, LLC),
   CHRISTINA TRIGG, and JOELLA BREWER

8

9              UNITED STATES DISTRICT COURT

10     FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

11

| | |
|---|---|
| 12  NANCY JUNE NOVAK, | CASE NO.: 1:13-CV-1402-BAM |
| 13              Plaintiff, | [Assigned to Hon. Barbara A. McAuliffe] |
| 14      vs. | |
| 15  CITY OF MERCED, A MUNICIPAL CORPORATION, MERCED POLICE | ORDER GRANTING STIPULATION AND |
| 16  OFFICER RASMUSSEN (#161), INDIVIDUALLY AND IN HIS | REQUEST TO MODIFY/AMEND |
| 17  OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE CITY OF | SCHEDULING ORDER |
| 18  MERCED, SGT. STRUBLE (ID #UNKNOWN), INDIVIDUALLY AND | |
| 19  IN HIS OFFICIAL CAPACITY AS A POLICE SERGEANT FOR THE CITY | |
| 20  OF MERCED, OFFICER CHAVEZ (#156), INDIVIDUALLY AND IN HIS | |
| 21  OFFICIAL CAPACITY AS A POLICY OFFICER FOR THE CITY OF | |
| 22  MERCED, THE MENTOR NETWORK, LOYD'S LIBERTY HOMES, INC., A | |
| 23  MASSACHUSETTS CORPORATION DOING BUSINESS IN CALIFORNIA, | |
| 24  CHRISTINA TRIGG, AN INDIVIDUAL, JOELLA BREWER, AN | |
| 25  INDIVIDUAL, MEREDIAN CARE, LLC, A CALIFORNIA LIMITED | *First Amended Complaint Filed 3/20/2014* |
| 26  LIABILITY CORPORATION, and DOES 1-50, inclusive, | |
| 27              Defendants. | |
| 28  _____ | |

THIS MATTER having come before the Court on Stipulation of the parties through their respective counsel, good cause having been shown that modifying the May 12, 2015 Amended Scheduling Order would serve the interests of justice;

IT IS HEREBY ORDERED that the May 12, 2015 Amended Scheduling Order is further amended as follows:

1. Non-party discovery completion shall be extended from September 29, 2015 to December 1, 2015;

2 Expert discovery completion shall be extended from October 16, 2015 to December 1, 2015;

3. All other dates in the May 12, 2015 Amended Scheduling Order shall remain intact.

IT IS SO ORDERED.

Dated:   **October 29, 2015**            /s/ Barbara A. McAuliffe            
                                      UNITED STATES MAGISTRATE JUDGE