Timothy V. Magill, Esq., 082398
MAGILL LAW OFFICES
3475 W. Shaw Avenue, Suite 106
Fresno, California 93711
Telephone: (559) 229-3333
Facsimile:  (559) 229-4234
magillstaff@yahoo.com

Attorney for Plaintiff,
NANCY JUNE NOVAK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| NANCY JUNE NOVAK,<br><br>             Plaintiff,<br><br>      vs.<br><br>CITY OF MERCED, A MUNICIPAL CORPORATION, MERCED POLICE OFFICER RASMUSSEN (#161), INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE CITY OF MERCED, SGT. STRUBLE (ID #UNKNOWN), INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE SERGEANT FOR THE CITY OF MERCED, OFFICER CHAVEZ (#156), INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICY OFFICER FOR THE CITY OF MERCED, THE MENTOR NETWORK, LOYD'S LIBERTY HOMES, INC., A MASSATUCHETS CORPORATION DOING BUSINESS IN CALIFORNIA, CHRISTINA TRIGG, AN INDIVIDUAL, JOELLA BREWER, AN INDIVIDUAL, CARE MERIDIAN CORPORATION, AND DOES 1-50, inclusive,<br><br>             Defendants. | Case No.:   1:13-CV-01402-BAM<br><br>Action Filed: Aug. 30, 2013<br><br>**STIPULATED AGREEMENT TO EXTEND SCHEDULING ORDER; SUMMARY JUDGMENT MOTION OF DEFENDANTS, MENTOR NETWORK, LOYD'S LIBERTY HOMES, TRIGG AND BREWER; AND ORDER THEREON** |

1   Plaintiff, NANCY JUNE NOVAK, by and through her attorney of record, Timothy V. Magill, Esq. of Magill Law Offices in Fresno, California, and Defendants, THE MENTOR NETWORK, LOYD'S LIBERTY HOMES, CHRISTINA TRIGG, and JOELLA BREWER, by and through their attorney for record, Douglas C. Smith, Esq. of Riverside, California, and Defendants, MERCED POLICE DEPARTMENT, OFFICER RASMUSSEN, SGT. STRUBLE, and OFFICER CHAVEZ, by and through their attorney of record, Dale Long Allen, Jr., Esq. of San Francisco, California, hereby Stipulate and agree to continue the current Motion for Summary Judgment, filed by Defendants Mentor Network, et al., and extend the Briefing Schedule filed May 12, 2015, as listed below:

<u>Continued Motion for Summary Judgment</u> –with applicable deadlines, March 10, 2016.

|  | *Old* | *New* |
|---|---|---|
| Non-Expert Discovery Cut-off | September 29, 2015 | March 31, 2016 |
| Expert Discovery Cut-off | October 16, 2015 | April 15, 2016 |
| Pre-trial/MSJ Filing Deadline | November 2, 2015 | May 6, 2016 |
| Pre-trial Conference | January 27, 2016 | August 10, 2016 at 8:30 a.m. |
| Jury Trial | March 29, 2016 | September 12, 2016 at 8:30 a.m. |

The reasons why counsel are stipulating to an extension of said Scheduling Order and also Defendants' Summary Judgment Motion, are:

<u>1.  Medical</u>

On Sunday, November 8, 2015, Mr. Magill, attorney for Plaintiff in this matter, suffered a heart attack.  Mr. Magill underwent surgery and had two stents inserted into the arteries leading to his heart.  Mr. Magill's surgeon told him that he absolutely could not work for over a week, and prescribed him several medications.

Counsel for Defendants were made aware of the medical condition of Mr. Magill

on Monday, November 9, 2015.

Initially, it was requested that a short continuance / extension of time to respond to the Motion for Summary Judgment be agreed to. Based on personal experience of Defendants' counsel, it was agreed that more time than a week or two would be more probable for Mr. Magill to continue representation of Plaintiff and respond to the MSJ.

During the week of November 16, 2015 Mr. Magill was to have prepared the Stipulation / Agreement and circulate the document for signatures. However, due to medication issues and other issues related to the heart attack and aftermath of that event, Mr. Magill was not capable of preparing the Stipulation / Agreement.

2. <u>Discovery</u>

   a. <u>Depositions</u>

Plaintiff has been trying to depose Officer Rasmussen, but the Officer has had medical issues of his own, and has been off-work and on medication that has made it impossible for him to be deposed. Officer Rasmussen suffered a gunshot wound to his hand. Until recently, it has been unknown as to when Officer Rasmussen may be available for deposition. Plaintiff had also set the deposition for the doctor of Loyd's Home, et al., and others for September 28, 2015. This was Todd Marion, Maira Carranza and Dr. Charles Cano. The depositions were to be taken in Fresno and in Merced, since the parties would go to Dr. Cano's office in Merced. Those depositions were unable to go forward, as the parties were unable to confirm the date. Additionally, prior to that date, on or about September 22, 2015, depositions were set of various witnesses, including one that Plaintiff wishes to take, namely Joanne Bolton. There are additional persons who have been recently disclosed by the Mentor Network Defendants, namely Kali Murry and Gwen Hewitt for Loyd's Liberty Homes whose deposition needs to be taken. The deposition of Plaintiff's experts, Jack Smith, Rick Sarkisian and Aaron Pankratz were previously scheduled and cancelled in the month of October 2015. The deposition of Dr. Manual, who is the Director of the Maria Green facility where Plaintiff

was employed, will still need to be scheduled, as well as the rescheduling of Rita Townsend and others who treated Ms. Novak - Dr. Djevalikian, Barbara T. Mooreland, Deborah Ohanisian, Matthew D. House, Dwight Severt, Christine George, Tony Reid, and Karen Sogovia – also, Gary Comer, which were all set for October 7-9, 2015. These all conflicted with a previously scheduled trial entitled, *Jordan v. State of California, et al.*, venued in the San Luis Obispo County Courthouse. This was a four (4)-week scheduled trial that commenced on October 13, 2015. Additionally, Plaintiff's counsel had to be in San Luis Obispo during the week of September 28, 2015 and October 5, 2015 to prepare for the case.

b.  Written Discovery

There are discovery responses and discovery requests that have not been completed as of this date.

Mr. Magill has been in a four (4)-week trial in San Luis Obispo. Between trial preparation and last minute arguments, travel, and all of the issues of an out-of-town trial, Mr. Magill has been intimately involved with that particular case for over a two (2)-month period. The trial ended and a verdict came in the day after Mr. Magill's heart attack. He was unable to be at the San Luis Obispo County Courthouse for the verdict, as he was in the hospital.

3.  Health Issues

Mr. Magill is trying to continue to improve his health and well-being. He is submitting to the orders of his physician as far as physical movement and other dictates. He is still weak and tires easily. Mr. Magill has not been able to work in his office for more than two (2) to three (3) days a week for no more than three (3) to four (4) hours. This includes phone calls, meeting with clients, potential clients, and / or working on pleadings or other documents. He has not regained his strength and / or vitality as of yet.

Presently, Mr. Magill has commenced cardiac physical therapy beginning the week of December 7, 2015. It is unknown at this time how long the cardiac physical

therapy will last at the hospital.

/ / /

4.  Other Continuance / Extensions

All parties agree that this matter should not be continued or the Scheduling Order be extended again, without good cause.  In that vein, and in an abundance of caution, counsel have agreed to the proposed schedule above to avoid another continuance / extension of matters, if possible.

DATED:  December 11, 2015.            MAGILL LAW OFFICES


                                      By:    /s/ Timothy V. Magill
                                             Timothy V. Magill, Esq.
                                             Attorney for Plaintiff,
                                             NANCY JUNE NOVAK

DATED:  December 11, 2015.            SMITH LAW OFFICES


                                      By:    /s/ Douglas C. Smith
                                             Douglas Charles Smith, Esq.
                                             Attorney for Defendants,
                                             THE MENTOR NEWTWORK,
                                             LOYD'S LIBERTY HOMES,
                                             CHRISTINA TRIGG
                                             and JOELLA BREWER

DATED:  December 11, 2015.            ALLEN, GLAESSNER, HAZELWOOD,
                                      WERTH


                                      By:    /s/ Dale L. Allen, Jr.
                                             Dale Long Allen, Jr., Esq.
                                             Attorney for Defendants,
                                             MERCED POLICE DEPARTMENT,

OFFICER RASMUSSEN, SGT. STRUBLE, and OFFICER CHAVEZ

**ORDER**

Having considered the parties' stipulation, the Court finds good cause for partial modification of the scheduling conference order and shall grant the requested relief as noted below. The request to extend the deadlines for Non-Expert Discovery Cut-off and Expert Cut-off is DENIED for lack of good cause. Failure to timely set and complete discovery before the relevant deadline is not good cause. The Court will accommodate Mr. Magill's health issues, but those issues began after the non-expert and expert cut-off dates expired. Accordingly, IT IS HEREBY ORDERED that the following schedule shall be adopted:

|  | Original Deadline | New Deadline |
|---|---|---|
| Non-Expert Discovery Cut-off for the deposition of Rasmussen ONLY |  | March 31, 2016 |
| Pre-trial/MSJ Filing Deadline | November 2, 2015 | May 6, 2016 |
| Pre-trial Conference | January 27, 2016 | **August 1, 2016 at 8:30 a.m.** |
| Jury Trial | March 29, 2016 | **September 13, 2016 at 8:30 a.m.** |

The motion for summary judgment currently pending (Doc. 47) is DENIED without prejudice based upon the continuance. In light of the schedule and Mr. Magill's health, should the parties desire the Court to set a settlement conference, the parties should contact Courtroom Deputy Harriet Herman at 559-499-5788.

IT IS SO ORDERED.

Dated:   **December 15, 2015**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28