UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY JUNE NOVAK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERCED POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No.  1:13-cv-01402-BAM<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 67) |

　　　　On July 26, 2016, the Court issued an order for Plaintiff Nancy June Novak ("Plaintiff") to show cause why this action should not be dismissed, with prejudice, based on the failure to file a pretrial statement.  Doc. 67.  Before the show cause order was entered on this Court's docket, Plaintiff filed a document entitled "Draft Joint Pretrial Statement."  Doc. 66.  Upon review, this document appears to contain the majority of Plaintiff's information required pursuant to Local Rule 281.  For that reason, the Court's Order to Show Cause issued on July 26, 2016, is HEREBY DISCHARGED and no sanctions will be imposed at this time.  Further, the show cause hearing scheduled for August 1, 2016, at 8:30 a.m. in Courtroom 8 (BAM) is HEREBY VACATED.

　　　　**The Pretrial Conference SHALL PROCEED as scheduled on August 1, 2016, at 8:30 a.m. in Courtroom 8 (BAM) before the undersigned.**

IT IS SO ORDERED.

　　Dated:　**July 28, 2016**　　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28