Timothy V. Magill, Esq., 082398
MAGILL LAW OFFICES
3475 W. Shaw Avenue, Suite 106
Fresno, California 93711
Telephone: (559) 229-3333
Facsimile:  (559) 229-4234
magillstaff@yahoo.com

Attorney for Plaintiff,
NANCY JUNE NOVAK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| NANCY JUNE NOVAK,<br><br>         Plaintiff,<br><br>    vs.<br><br>CITY OF MERCED, A MUNICIPAL CORPORATION, MERCED POLICE OFFICER RASMUSSEN (#161), INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE CITY OF MERCED, SGT. STRUBLE (ID #UNKNOWN), INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE SERGEANT FOR THE CITY OF MERCED, OFFICER CHAVEZ (#156), INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICY OFFICER FOR THE CITY OF MERCED, THE MENTOR NETWORK, LOYD'S LIBERTY HOMES, INC., A MASSATUCHETS CORPORATION DOING BUSINESS IN CALIFORNIA, CHRISTINA TRIGG, AN INDIVIDUAL, JOELLA BREWER, AN INDIVIDUAL, CARE MERIDIAN CORPORATION, AND DOES 1-50, inclusive,<br><br>         Defendants. | Case No.:   1:13-CV-01402-BAM<br><br>Action Filed: Aug. 30, 2013<br><br>**STIPULATION TO EXTEND FILING DATE FOR MOTIONS IN LIMINE FROM AUG. 19, 2016 TO AUG. 23, 2016 WITH NO CHANGES TO ANY OTHER DEADLINES IN PRETRIAL ORDER OF AUGUST 1, 2016** |

1  Plaintiff, NANCY JUNE NOVAK, by and through her attorney of record,

2  Timothy V. Magill, Esq. of Magill Law Offices in Fresno, California, and Defendants,

3
4  MERCED POLICE DEPARTMENT, OFFICER RASMUSSEN, SGT. STRUBLE, and

5  OFFICER CHAVEZ, by and through their attorney of record, Dale Long Allen, Jr., Esq.

6  of San Francisco, California, hereby Stipulate and agree to extend the filing of the

7
8  motions in limine on August 19, 2016 shall be continued to August 23, 2016.  The basis

9  for this continues and change in the deadline for the filling of Motions in Limine is as a

10  result of the emergency hospitalization of Timothy V. Magill on August 16-17, 2016 at

11  St. Agnes Medical Center and the ongoing medical issues this is causing plaintiff's
12
13  attorney.  It is believed that the medical condition will clear up sufficiently for Mr. Magill

14  to file plaintiff's motions in limine on August 23, 2016.  Defendant's attorney Dale Allen

15  has agreed and stipulated to this short extension for the filing of the MILs only and all
16
17  remaining deadlines in the Court's PRETRIAL Order of August 1, 2016 remain in full

18  force and effect.  Attached hereto is an email from Mr. Allen setting forth his agreement

19  and stipulation.

20  DATED:  August 19, 2016.                                    MAGILL LAW OFFICES
21
22
23                                                                     By:     _____/S/_____
                                                                             Timothy V. Magill, Esq.
24                                                                           Attorney for Plaintiff,
                                                                             NANCY JUNE NOVAK
25

26

27

28

DATED: August 19, 2016.                ALLEN, GLAESSNER, HAZELWOOD, WERTH


By: _____/S/_____
Dale Long Allen, Esq.
Attorney for Defendants,
MERCED POLICE DEPARTMENT, OFFICER RASMUSSEN, SGT. STRUBLE, and OFFICER CHAVEZ

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the deadline to file motions in limine is extended to August 23, 2016. All other pretrial and trial deadlines remain unchanged.

IT IS SO ORDERED.

Dated: **August 19, 2016**            /s/ Barbara A. McAuliffe
                            UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

I, the undersigned, hereby certify that I am employed in Fresno, California. I am over the age of eighteen years and not a party to the within action. My business address is: 3475 W. Shaw Avenue, Suite 106, Fresno, CA 93711.

On the date set forth below, I served a true copy of the within, **STIPULATION TO EXTEND FILING DATE FOR MILs ON PRETRIAL ORDER ONLY,** addressed as follows:

> *Attorney for Defendants, City of Merced, Merced Police Department, Officer Rasmussen, Sgt. Struble, and Officer Chavez*
> Dale Long Allen, Jr., Esq.
> Allen, Glaessner, Hazelwood, Werth
> 180 Montgomery Street, Suite 1200
> San Francisco, CA 94104
> (415) 697-3456
> dallen@aghwlaw.com

\_\_\_\_ By Mail – I placed the above document(s) in a sealed envelope, postage page. I am readily familiar with the practice of our office for the collection and processing of items for mailing. Under that practice, all mail deposited in the mail receptacles will be deposited with United State Postal Service on the same day.

\_X\_\_ By E-Mail – I caused the above-referenced document(s) to be transmitted by electronic mail to the e-mail address(es) of the person(s) shown above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August \_\_19\_\_, 2016, at Fresno, California.

_____/S/_____
Elena L. Magill