UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY JUNE NOVAK, | ) Case No.: 1:13-cv-01402-BAM |
| Plaintiff, | ) **ORDER TO SHOW CAUSE** |
| v. | ) |
| MERCED POLICE DEPARTMENT, et al., | ) |
| Defendants. | ) |

On August 23, 2016, the parties participated in a settlement conference, reached a settlement and placed the terms and conditions of the settlement on the record. The parties advised the court that the settlement documents would be exchanged within thirty days and dispositional documents submitted within ninety days. The court also authorized the filing of a motion for attorney's fees, with said motion to be filed by October 5, 2016.  Doc. 79.

To date, dispositional documents have not been filed. Accordingly, within **seven (7) days** of the date of this order, the parties are ORDERED to show cause, if any, why sanctions should not be imposed for failing to file dispositional documents. Local Rule 160(b) (failure to file dispositional papers on the date prescribed by the court may be grounds for sanctions). The parties shall comply with

1

this order by filing either (1) a joint status report outlining the status of the settlement and explaining why the dispositional documents have not been filed, or (2) appropriate papers to dismiss or conclude this action in its entirety.  In addition to the imposition of sanctions against both parties, Plaintiff is advised that failure to respond to this Order to Show Cause may result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **December 2, 2016**              /s/ *Barbara A. McAuliffe*              _
                                                                          UNITED STATES MAGISTRATE JUDGE